ORDERED.

Dated: March 07, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**IN THE MATTER OF:**
Kevin K. Wolfgang                                   CASE NO.: 8:18-bk-09563-RCT
Jennifer A. Wolfgang                                CHAPTER 7

**Debtors**

---

### ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION AGREEMENT

**THIS MATTER** came before the Court on Debtors' Motion to Approve Loan Modification Agreement [ECF No. 27]. The Court finds that good cause exists for granting the relief requested.

**THEREFORE IT IS ORDERED** that Debtor's Loan Modification Agreement with Loan Depot for real property located at 11721 Palm Avenue Riverview, FL 33569 has been approved by the Court.

###

Attorney Rachamin "Rocky" Cohen is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.